CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

September 20, 2016

Dan E. Martens
The Law Office of Dan E. Martens
17101 Preston Rd, Suite 160
Dallas, Texas 75248-1369

Collin Dean Kennedy
Hanshaw Kennedy, LLP
1415 Legacy Dr., Ste 350
Frisco, TX 75034-1942

RE:     Court of Appeals Number:     05-15-00906-CV
        Trial Court Case Number:     219-04978-2014

Style: Altesse Healthecare Solutions, Inc. and Shawna Boudreaux
        v.
        Allen Wilson and Becky Wilson

Dear Attorneys:

Enclosed is a corrected pg. 3 for the above-mentioned case. Please note the following typographical errors, which have been corrected.

1st paragraph, second line, omit the word "and"

2nd paragraph, end quote added to 4th line.


Sincerely,



Lisa Matz
Clerk of The Court

cc:     Trial court judge
        Trial court clerk